No. 71–900. UNION OIL CO. OF CALIFORNIA v. THE SAN JACINTO ET AL. C. A. 9th Cir. Certiorari granted.

No. 71–586. NEIL, WARDEN v. BIGGERS. C. A. 6th Cir. Motion to use record in No. 237, October Term, 1967 [Biggers v. Tennessee, 390 U. S. 404] and motion of respondent for leave to proceed in forma pauperis granted. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions and petition.

No. 70–5405. CAPELLO v. GATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–730. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–740. ALLEN, TRUSTEE IN BANKRUPTCY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–763. BRADSHAW ET AL. v. LAIRD, SECRETARY OF DEFENSE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–769. MORNING TELEGRAPH, A DIVISION OF TRIANGLE PUBLICATIONS, INC. v. POWERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–777. CLEVELAND ET AL. v. ILLINOIS BELL TELE-PHONE CO. ET AL.; and
No. 71–807. AGRON v. ILLINOIS BELL TELEPHONE CO. ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 449 F. 2d 906.

No. 71–800. COHEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.